# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00304-CR

**The State of Texas, Appellant**

**v.**

**Norberto Rivas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 9 OF TRAVIS COUNTY
### NO. C-1-CR-24-400808, THE HONORABLE KIM WILLIAMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant The State of Texas has filed a motion to dismiss its appeal. The motion is signed by the Travis County Attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id*.

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly and Ellis

Dismissed on Appellant's Motion

Filed: April 28, 2026

Do Not Publish